AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DOMINIC NATHANIEL TORRES<br><br><br>*Defendant(s)* | )<br>)  **UNDER SEAL**<br>)<br>)  Case No. 2:25-mj-1<br>)<br>)<br>) |

FILED
JAN - 6 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of <u>March 1, 2024 to January 6, 2025</u> in the Eastern District of Virginia, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One:<br>18 USC §2242(b) | Coercion and Enticement of a Minor |
| Count Two:<br>18 USC § 1470 | Transfer of Obscene Material |

This criminal complaint is based on these facts:

**See Attached Affidavit.**

☑ Continued on the attached sheet.

Reviewed by SAUSA:
Jeremy W. Mckinnon    /s/

*Complainant's signature*
NCIS Special Agent Tiffany Martinez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 6, 2025

*Judge's signature*

City and state: Norfolk, Virginia

United States Magistrate Judge Robert J. Krask
*Printed name and title*