IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JAN 1 0 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
)
v. )
) Case No. 2:25mj1
DOMINIC NATHANIEL TORRES, )
)
Defendant. )

## ORDER

This matter came before the Court on the defendant's motion to substitute counsel due to the defendant having retained Attorney Brian Latuga to represent him in this matter. Accordingly, for good cause shown, it is hereby **ORDERED** that the defendant's motion to substitute counsel is **GRANTED**. Amanda C. Conner and the Office of the Federal Public Defender is relieved as counsel. Brian Latuga is hereby substituted as counsel.

IT IS SO ORDERED.

_____
Robert J. Krask
United States Magistrate Judge

Date: January 10, 2025
Norfolk, Virginia