IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRIGNIA
*Norfolk Division*

UNITED STATES OF AMERICA

v.  Criminal No.: 2:25cr10

DOMINIC NATHANIEL TORRES,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL

      Brian M. Latuga, counsel for Dominic Nathaniel Torres ("Defendant"), pursuant to the Federal Rules of Criminal Procedure, the Local Rules of this Honorable Court, the Virginia Rules of Professional Conduct codified in the Rules of the Virginia Supreme Court and adopted by Local Rule 57.4(J), and the inherent and supervisory powers of this Honorable Court, respectfully moves this Honorable Court, pursuant to Local Rule 57.4(H), to enter an Order permitting this Counsel to withdraw as counsel of record for the reasons stated in the accompanying Brief in Support of Motion to Withdraw as Counsel.

      WHEREFORE, the undersigned attorney, requests this Court to enter an order 1) granting him leave to withdraw from representation of the Defendant, 2) extending any deadlines and hearings for the Defendant until new counsel may be appointed, and 3) ordering such other relief as the Court deems fair, just and appropriate.

      Respectfully submitted this 17th day of February 2025.

I ask for this:

\_\_\_\_\_/s/_____
Brian M. Latuga, Esquire
VSB #86300
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: 757.497.6633
Facsimile: 757.497.7267
E-mail: blatuga@wolriv.com
*Counsel for Defendant Dominic Torres*

**CERTIFICATE OF SERVICE**

I hereby certify on the 17th day of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record including the following:

SAUSA Jeremy McKinnon
Jeremy.McKinnon@usdoj.gov

With courtesy copy mailed via regular mail to:

Dominic Nathaniel Torres
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, Virginia 23434
*Legal Mail*

                                                                                              /s/
Brian M. Latuga, Esquire
VSB #86300
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: 757.497.6633
Facsimile: 757.497.7267
E-mail: blatuga@wolriv.com
*Counsel for Defendant Dominic Torres*