UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIC NATHANIEL TORRES,<br><br>Defendant. | Criminal No. 2:25cr10 |

### **ORDER**

Pending before the Court is a Motion to Withdraw as Counsel (the "Motion") filed by Brian Latuga, retained counsel for Defendant Dominic Nathaniel Torres. ECF No. 23. In his memorandum in support of the Motion, Mr. Latuga states that a substantial conflict has developed with members of Defendant's family who will be potential witnesses in the case, that there are financial issues with his compensation, that Defendant intends to hire new counsel, and that replacement of counsel will not necessitate significant unwarranted delay. Mem. Supp. at 2–3, ECF No. 24. The Court has been informed that the Government does not object to the Motion. In addition, substitute retained counsel have now appeared as counsel of record in the case. *See* Notice, ECF No. 25 (notice of appearance of Lawrence H. Woodward, Jr.); Order, ECF No. 27 (order granting *pro hac vice* appearance of Felix Valenzuela).

Accordingly, upon due consideration and for good cause shown, the Motion (ECF No. 23) is **GRANTED**. Mr. Latuga's appearance in the instant matter is hereby

1

**WITHDRAWN**. The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

February 26, 2025
Norfolk, Virginia