# Exhibit 1

# Placeholder

A Compact Disc containing contraband material

Containing the following folders:
- Shapchat return, lxxxxxxxxx
- Snapchat return, abxxxxxxxxxx
- Snapchat return, Mxxxxxxxx screenrecording
- Snapchat return, screenshot of messages, a_xxxxxxxxxx
- Snapchat return, screenshot of messages, hxxxxxxxxxx
- Snapchat return, TORRES selfie-video

And the file:
- Phone Extraction, Snapchat return messages, bxxxxxxxxxx