UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF Virginia
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIC NATHANIEL TORRES,<br><br>Defendant. | Criminal No. 2:25cr10 |

### ORDER

This matter comes before the Court on its own motion. On January 23, 2025, Defendant Dominic Nathaniel Torres ("Defendant" or "Mr. Torres") was named in a three-count indictment which charges him with Attempted Production of a Visual Depiction of a Minor, in violation of 18 U.S.C. § 2251(a) (Count One); Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b) (Count Two); and Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470 (Count Three). Indictment, ECF No. 18. On June 13, 2025, Mr. Torres pled guilty to Count Two of the indictment. Min. Entry, ECF No. 33; Plea Agreement, No. 34. Sentencing in this matter is currently scheduled for Friday, December 5, 2025 at 9:00 a.m.

On November 26, 2025, the Probation Officer filed the Presentence Investigation Report ("PSR") with an Addendum indicating that there are eleven unresolved objections to the PSR. PSR at 35–51, ECF No. 43. The parties briefed the same in their respective Position Papers on Sentencing. Def. Position Paper, ECF No. 41; Gov't Position Paper, ECF No. 44. The Government also filed a placeholder exhibit to its Position Paper, indicating that it planned to submit a disc containing suspected

1

Child Sexual Abuse Material ("CSAM") for the Court's review, which the Court has not yet received. Gov't Ex. 1, ECF No. 44-1.

Upon consideration, the Court finds that it is in the interest of justice to **CONTINUE** Defendant's December 5, 2025 sentencing hearing. This matter is currently set for a two-hour window beginning at 9:00 a.m., with a sentencing in another matter scheduled to follow promptly at 11:00 a.m. The Court has reviewed the eleven objections lodged by Defendant and the Government's responses and has yet to receive and review the Government's exhibit containing suspected CSAM, which the Court presumes may be played during the hearing. In the Court's view, the time necessary for counsel to present any evidence and argument on the eleven objections and on the statutory sentencing factors set forth in 18 U.S.C. § 3553(a) will far exceed the allotted two-hour window.

Therefore, the sentencing hearing currently scheduled for December 5, 2025, at 9 a.m. is hereby **STRICKEN** from the Court's calendar. The parties are **DIRECTED** to contact the Courtroom Deputy within seven (7) days of the date of entry of this Order to reschedule the sentencing hearing. The parties are further **DIRECTED** to advise the Court, through the Courtroom Deputy, of the time needed for (1) evidence and argument on the eleven objections and (2) evidence and argument on the statutory sentencing factors set forth in 18 U.S.C. § 3553(a). The Clerk is **REQUESTED** to forward a copy of this Order to all counsel of record and the United States Probation Office.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

December 1, 2025
Norfolk, Virginia

3